## Richard F. Wood, Appellee, v. Henry E. Brown, Appellant.

### Gen. No. 9,517.

opinion filed February 24, 1947; released for publication March 24, 1947. Steely, Dysert & Norwood, for appellant; H. M. Steely, Jr., of counsel; V. W. McIntire, for appellee. Opinion by JUSTICE WHEAT. Not to be published in full.